```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11145
    BARRY J ROBINSON
    JANET Y ROBINSON                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-2691      SSN XXX-XX-6910
```

---
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/21/07 .

    2.  The case was dismissed without confirmation, 11/16/2007.

    3.  The Debtor paid a total of $   1000.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRIAD FINANCIAL CORP | CURRENT MORTG | .00 | .00 | .00 |
| NALCO | SECURED | .00 | .00 | .00 |
| JODIE LATHAM | CHILD SUPPORT | .00 | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| AFFIRMATIVE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| ANEW DENTAL ORTHODONTICS | UNSECURED | NOT FILED | .00 | .00 |
| AUM | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| HELLER & FRISONE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| COBRASERVE NATIONAL SVC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY BANK OF LEMONT | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRUE LOGIC FINANCIAL COR | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| GSAC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LINCOLN AT RIVER RUN | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY & HOSP | UNSECURED | NOT FILED | .00 | .00 |

```
LOYOLA PHYSICIAN FOUNDAT UNSECURED       NOT FILED              .00         .00
NATIONWIDE CREDIT & COLL UNSECURED       NOT FILED              .00         .00
PAYDAY LOAN STORE OF ILL UNSECURED       NOT FILED              .00         .00
PEORIA CO WORTHLESS CHEC UNSECURED       NOT FILED              .00         .00
PIONEER CREDIT RECOVERY  UNSECURED       NOT FILED              .00         .00
RETAIL SERVICES          UNSECURED       NOT FILED              .00         .00
SAMS CLUB                UNSECURED       NOT FILED              .00         .00
SBC AMERITECH CORP       UNSECURED       NOT FILED              .00         .00
T MOBILE                 UNSECURED       NOT FILED              .00         .00
JBC & ASSOC              UNSECURED       NOT FILED              .00         .00
WALMART STORES INC       UNSECURED       NOT FILED              .00         .00
WALGREENS                UNSECURED       NOT FILED              .00         .00
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | .00     | .00      | .00       | .00   | .00   |
| PRINCIPAL PAID     | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID         | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, ALONZO H ZAHOUR                , was allowed $   2300.00
and was paid $    726.00   direct and $     955.00   through the plan.

The Trustee received $      45.00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/11/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                            PAGE   2
        CASE NO. 07 B 11145 BARRY J ROBINSON & JANET Y ROBINSON